# Exhibit A

Approved, SCAO

To order this form, call (517) 337-1211
Target Information Management, Inc.

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN<br>52-4 JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO.<br>13-C02909 SC |
|---|---|---|

Court address
520 W. Big Beaver, Troy, MI 48084

Court telephone no.
(248) 528-0400

See instructions on the back of plaintiff and defendant copies.

1. Plaintiff: EDWARD HURTWITZ
   Address: 2228 ROCHESTER CT
   City, state, zip: TROY, MI 48083  Telephone no.: (248)-266-8024

2. Defendant: PINNACLE FINANCIAL GROUP
   Address: 7900 Washington Avenue Suite 310
   City, state, zip: MINNEAPOLIS, MINNESOTA 55439  Telephone no.: (866)-994-0294

NOTICE OF HEARING
For Court Use Only

The plaintiff and the defendant must be in court on
Day: Tuesday  Date: 1-7-14
at Time: 2:00 pm  at ☒ the court address above.
Location: Magistrate
Process server's name: Cert Mail  Fee paid: $ 11—

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____.
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.  ☐ a partner.  ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ Other

7. The date(s) the claim arose are: DATES 2012-2013

8. Amount of money claimed is $ 500.00 & costs (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are SEE ATTACHED

10. The plaintiff understands and accepts that the claim is limited to $5000 by law and that the plaintiff gives up the rights to (a) recover more than this limit; (b) an attorney; (c) a jury trial; and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Signature: Edward Hurt[...]

Subscribed and sworn to before me on 11-25-13, Oakland County, Michigan.

My commission expires: _____ Date
Signature: BM[...] Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

The defendant(s) must be served by 2-24-14
Expiration date

DC 84 (1/12) AFFIDAVIT AND CLAIM, Small Claims  MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521