UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HURTWITZ,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

    Defendant.
                                         /

Case No. 14-10040

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12], GRANTING DEFENDANT'S FIRST MOTION TO DISMISS [5], DENYING AS MOOT DEFENDANT'S SECOND MOTION TO DISMISS [9], AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [12]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation[1], the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation [12], GRANTS Defendant's first motion to dismiss [5], DENIES AS MOOT Defendant's second motion to dismiss [9], and DISMISSES WITH PREJUDICE Plaintiff's complaint.

    SO ORDERED.

                    s/Nancy G. Edmunds
                    Nancy G. Edmunds
                    United States District Judge

Dated: June 3, 2014

---

[1] No timely objections were filed.

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2014, by electronic and/or ordinary mail.

    s/Carol J. Bethel
    Case Manager