UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HURTWITZ,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

    Defendant.
                                   /

Case No. 14-10040

Honorable Nancy G. Edmunds

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties, the Magistrate Judge's Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1), and for the reasons set forth in an Order dated the same date as this Judgment and filed herein;

The Report and Recommendation of the Magistrate [12] is hereby ACCEPTED AND ADOPTED as the findings and conclusions of the Court, and

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's first motion to dismiss is GRANTED, Defendant's second motion to dismiss is DENIED AS MOOT, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

                                                          s/Nancy G. Edmunds
                                                          United States District Judge

Dated:  June 3, 2014
I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2014, by electronic and/or ordinary mail.
                s/Carol J. Bethel
                Case Manager